UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANDREA M. ZILS, ) | Case No. 5:15-cv-03043-PSG |
| ) | |
| Plaintiff, ) | **CASE SCHEDULING ORDER** |
| ) | |
| v. ) | **(Re: Docket No. 21)** |
| ) | |
| THE LINCOLN NATIONAL LIFE ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Based on the parties' joint case management statement[1] and today's case management conference,

IT IS ORDERED that the presumptive limits on discovery set forth in the Federal Rules of Civil Procedure shall apply to this case.

IT IS FURTHER ORDERED that the deadline for joinder of any additional parties, or other amendments to the pleadings, is December 30, 2015.

IT IS FURTHER ORDERED that the following schedule and deadlines shall apply to this case:

Discovery Cut-Off ................................................................................................ February 19, 2016

Last Day to File Dispositive Motions................................................................................ March 3, 2016

---

[1] *See* Docket No. 21.

1

Case No. 5:15-cv-03043-PSG
CASE SCHEDULING ORDER

Last Day to File Oppositions to Dispositive Motions ........................................ March 17, 2016

Bench Trial ................................................................................... April 4, 2016 at 9:30 AM

**SO ORDERED.**

Dated: September 29, 2015

_____
PAUL S. GREWAL
United States Magistrate Judge