# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| ANDREA M. ZILS<br><br>                    Plaintiffs,<br><br>vs.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, an Indiana corporation,<br><br>                    Defendants. | Case No.: 5:15-cv-03043-PSG<br><br>Action Filed : June 30, 2015<br><br>Trial Date: April 4, 2016<br><br>**ORDER RE DISMISSAL OF ENTIRE ACTION** |

Case No.: 5:15-cv-03043-PSG



1  The parties having stipulated that this matter has been resolved in its entirety
2  with each side to bear its own attorneys' fees and costs, this matter is hereby
3  dismissed with prejudice.

5  **IT IS SO ORDERED:**

7  Dated:  December 18, 2015         
                                    THE HONORABLE PAUL S. GREWAL

Case No.: 5:15-cv-03043-PSG